1  Law Offices of David S. Secrest
   A Professional Corporation
2  David S. Secrest, Esq. [State Bar #142299]
   504 Plaza Alhambra, Suite 201
3  P. O. Box 1029
   El Granada, CA 94018-1029
4  Tel: 650-726-7461
   Fax: 650-726-7471
5  Attorney for Plaintiff
   Stephen Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN WILLIAMS,

   Plaintiff,

vs.

SBC COMMUNICATIONS, INC.,
MARILYN MOOMAU, an individual, and
DOES 1-50, inclusive,

   Defendants.

CASE NO. C-05-3147 MMC

**STIPULATION OF DISMISSAL** OF FIFTH AND SIXTH CAUSES OF ACTION AND ORDER THEREON

-1-

*Stephen Williams v. SBC Communications, U.S.D.C., No. Cal., No.* 3:05-cv-3147-EMC
STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the following causes of action be and hereby are dismissed pursuant to FRCP 41(a)(1),[1] without any prejudice to the right by Defendants SBC Communications, Inc., and Marilyn Moomau to oppose any Motion for Remand by Plaintiff.

1. Plaintiff's Fifth Cause of Action for Interference/Restraint/Denial of Rights under the Family Medical Leave Act ("FMLA")  [29 USC §2615(a)(1); 29 CFR §825.220(a)(1)]; and

2. Plaintiff's Sixth Cause of Action for Discrimination, Discharge and Retaliation in Violation of the FMLA [29 USC §2615(a)(2); 29 CFR §825.220(a)(2), (3), (c)].

Dated: September 2, 2005

        Law Offices of David S. Secrest,
        A Professional Corporation

By:     /s/ David S. Secrest
        David S. Secrest
        Attorney for Plaintiff
        Stephen Williams

Dated: September 2, 2005

        Robert Joseph Pia, Esq.
        Law Offices of Robert Pia

By:     /s/ Robert Joseph Pia
        Attorneys for Defendants
        SBC Communications, Inc., and Marilyn Moomau

IT IS SO ORDERED:

~~Hon. Edward M. Chen~~
~~United States Magistrate Judge~~

Maxine M. Chesney
United States District Judge

Dated: September 21, 2005

---

[1] Where plaintiff wants to drop certain claims but not to dismiss any defendant, the proper procedure is to amend the complaint.  FRCP 15(a); *Ethridge v. Harbor House Restaurant* (9th Cir., 1988), 861 F2d 1389, 1392. "Alternatively, the parties may agree that certain claims will not be pursued or will be dismissed; or that the pleadings be amended to eliminate such claims.  Such agreement is no doubt enforceable even without a formal motion to amend or dismiss." Schwarzer, Tashima, and Wagstaffe, California Practice Guide: Federal Civil Procedure Before Trial (Rutter Group, 2004); §§16:311-312.